IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUDY CAMPBELL                                                                                    PLAINTIFF

v.                                       NO. 5:03CV00351 JLH/JFF

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's attorney is awarded an attorney's fee in the amount of $2,150.00 pursuant to the EAJA and that the Defendant is directed to certify said award and pay the Plaintiff's attorney this amount.

IT IS SO ORDERED this __3rd__ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE